HELEN R. MATTISON, Appellant, v. JAMES F. MATTISON, Respondent.— Judgment insofar as it denies a separation to plaintiff and dismisses her complaint affirmed, without costs of this appeal to either party; judgment insofar as it awards custody of the three children to the chief probation officer reversed on the law and facts, without costs, and matter remitted to the Special Term to determine the question of custody. All concur. (The judgment denies a separation to plaintiff and dismisses her complaint; awards custody of children to the chief probation officer, with directions as to their care and disposition, and directs defendant to pay for the support of the children.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

EDWARD BUHOLTZ, Respondent, v. COUNTY OF MONROE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages to land resulting from wrongful diversion of flow of water. The order denies defendant's motion for a new trial.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ. [See post, p. 870.]

ARTHUR E. STONE, Respondent, v. MARINE ASBROOK, Appellant.— Judgment affirmed, with costs, on the ground that the plaintiff has title by adverse possession. All concur. (The judgment is for plaintiff in an injunction action.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

MELBA FERGUSON, Respondent, v. GERALD N. FERGUSON, Appellant.— Order entered December 16, 1947, reversed on the law, without costs of this appeal to either party, and motion for a jury trial granted without costs, on the authority of Moot v. Moot (214 N. Y. 204) and Halgren v. Halgren (160 App. Div. 477). Appeal from order entered April 22, 1948, dismissed as academic. All concur. (One order denies defendant's motion for a jury trial in an action for an absolute divorce; the second order denies a motion for a jury trial and for reargument of the previous application for a jury trial and for amendment of note of issue.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ANTOINETTE L. HOLAHAN, Respondent, v. JAMES T. HOLAHAN, Appellant.— Judgment and order affirmed, with costs. All concur, except Love and Kimball, JJ., who dissent and vote for reversal on the ground that there was a merger of the separation agreement in the decree of divorce notwithstanding the provisions of paragraph V of the separation agreement. (The judgment is for plaintiff in an action to recover balance due under a separation agreement. The order grants plaintiff's motion to strike out defendant's answer and amended answer and directs summary judgment for plaintiff.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [191 Misc. 47.]